UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    - against -                                              ORDER

ARCHIE J. PUGH & THEODORE PUGH,              07-CV-2456 (NGG)

                Defendants.
-------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

      On February 8, 2008, the government filed a Motion for Preliminary Injunction against Defendants Archie J. Pugh and Theodore Pugh (collectively, "Defendants"). By letter dated March 7, 2008, the government informed the court that Defendants refused to agree to a briefing schedule for the motion and requested that the court order Defendants to respond by today, March 14, 2008. (Letter from Trial Attorney Frederick N. Noyes to the court (Docket Entry # 19).) The day before that, by letter dated March 6, 2008, Defendants wrote the court asking the court for an extension of time to respond to the government's motion, although Defendants did not request an extension to any particular date. (Letter from Defendants to the court (Docket Entry # 18).)

      The court grants Defendants until March 21, 2008 to respond to the government's motion. Defendants shall mail their response to the government by that date. The government's reply, if any, shall be filed with the court, along with its motion and Defendants' response by March 26, 2008.

SO ORDERED.

Dated:  March 14, 2008                               /s Nicholas G. Garaufis
        Brooklyn, New York                     NICHOLAS G. GARAUFIS
                                                      United States District Judge