UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　07-CV- 2456 (KAM)
　　　　　　　　　　Plaintiff,

　　　-against-


ARCHIE J. PUGH, JR., and THEODORE
PUGH, each individually and d/b/a
ARCHIE'S TAX & ACCOUNTING SERVICE,


　　　　　　　　　　Defendants.
---------------------------------------------------------------X


　　　A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on June 1, 2010, granting the Government's motion for summary judgment; and permanently enjoining the defendants pursuant to I.R.C. §§ 7402(a), 7407, and 7408, in accordance with the terms of the Order of Permanent Injunction, dated 1, 2010; it is

　　　ORDERED and ADJUDGED that the Government's motion for summary judgment is granted; and that the defendants will be permanently enjoined pursuant to I.R.C. §§ 7402(a), 7407, and 7408, in accordance with the terms of the Order of Permanent Injunction, dated June 1, 2010.


Dated: Brooklyn, New York
　　　　June 02, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


* A copy of the Permanent Injunction is attached.